UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carl Baldwin,                                                                 Case No. 3:20-cv-206

           Plaintiff

   v.                                                                                    MEMORANDUM OPINION
                                                                AND ORDER

Commissioner of Social Security,

           Defendant

      Before me is the Report and Recommendation ("R&R") of Magistrate Judge Thomas M. Parker filed on December 10, 2020.  (Doc. No. 14).  Judge Parker concluded the ALJ applied the proper legal standards and reached a decision supported by substantial evidence.  Therefore, Judge Parker recommends I affirm the Commissioner's final decision denying Plaintiff's application for Disability Insurance Benefits.  Plaintiff does not object to Judge Parker's R & R.  (Doc. No. 19).

      Following review of Judge Parker's R & R, I adopt it in its entirety as the Order of the Court.  The Commissioner's decision is affirmed, and this case is closed.

      So Ordered.

                                                                s/ Jeffrey J. Helmick
                                                                United States District Judge